IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| THOMAS F. UPDEGROVE, JR. | : | BANKRUPTCY NO. 24-10637(PMM) |
| | : | |
| Debtor | : | |
| | : | |

REPORT OF SALE OF CHRISTINE C. SHUBERT,
CHAPTER 7 TRUSTEE, PURSUANT TO FED. R. BANKR. P. 6004(f)(1)

Residential Real Property Located at 24364 Shady Lane, Millsboro, DE 19966
[Tax ID: 234-17.00-152.00]

Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), hereby submits this Report of Sale Pursuant to Fed. R. Bankr. P. 6004(f)(1) as follows:

1. Pursuant to the Agreement of Sale by and between the Trustee and Joshua L. Adams approved by Order of the Court dated September 3, 2024 [D.I. 50], the Trustee sold residential real property located at 24364 Shady Lane, Millsboro, DE 19966 [Tax ID: 234-17.00-152.00] (the "Property") for the gross sale price of $75,000.00.

2. The Trustee received net sale proceeds in the amount of $55,046.21 at closing on the Property and previously received a deposit in the amount of $15,000.00. As such, the Trustee realized net sale proceeds in the amount of $70,046.21 from the sale of the Property. A copy of the ALTA Settlement Statement - Combined is attached hereto as Exhibit "A" and made a part hereof.

Respectfully submitted,

KARALIS PC

By: /s/ Robert W. Seitzer
Robert W. Seitzer, Esquire
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
rseitzer@karalislaw.com

*Attorneys for the Trustee*

Dated: October 2, 2024