# EXHIBIT "A"

| American Land Title Association | ALTA Settlement Statement - Combined Adopted 05-01-2015 |
|---|---|

| File No./Escrow No.: RE-15502 | Sergovic Carmean Weidman McCartney & Owens, P.A. |
|---|---|
| Print Date & Time: 10/02/2024 11:50 AM | 25 Chestnut Street, P.O. Box 751 |
| Officer/Escrow Officer: | Georgetown, DE 19947-0751 |

Settlement Location:
25 Chestnut Street, P.O. Box 751, Georgetown, DE 19947-0751

Property Address: 24364 Shady Lane, Millsboro, DE 19966
Buyer: Joshua L. Adams
Seller: Christine C. Shubert, Chapter 7 Trustee for the Estate of Thomas F. Updegrove, Jr.
Lender: Superior Credit Union

Settlement Date: 10/2/2024
Disbursement Date: 10/2/2024
Additional dates per state requirements:

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| | | **Financial** | | |
| | $75,000.00 | Sales Price of Property | $75,000.00 | |
| | | Deposit | | $15,000.00 |
| | | Loan Amount | | $60,000.00 |
| $15,000.00 | | Excess Deposit | | |
| | | **Prorations/Adjustments** | | |
| | | County Taxes from 10/2/2024 to 6/30/2025 | $146.37 | |
| | | Assessments from 10/1/2024 to 10/2/2024 | | $1.68 |
| | $146.37 | County Taxes from 10/2/2024 to 6/30/2025 | | |
| $1.68 | | Assessments from 10/1/2024 to 10/2/2024 | | |
| | | **Other Loan Charges** | | |
| | | Loan Amount (Points) | $1,138.20 | |
| | | Application Fee | $300.00 | |
| | | Processing Fee | $500.00 | |
| | | Appraisal Fee: $525.00 POC-Borrower | | $25.00 |
| | | Credit Report: $50.00 Paid by Others-Lender | | |
| | | Express Courier Fee | $25.00 | |
| | | Flood Cert | $8.00 | |
| | | Tax Service Fee | $64.00 | |
| | | Attorneys /Fees to Sergovic Carmean Weidman McCartney & Owens | $300.00 | |
| $375.00 | | Document Preparation to Sergovic Carmean Weidman McCartney & Owens | | |

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| $25.00 | | Express Mail/Bankwire Fees to Sergovic Carmean Weidman McCartney & Owens | $60.00 | |
| | | Settlement Fee to Sergovic Carmean Weidman McCartney & Owens | $100.00 | |
| | | Title Examination to Sergovic Carmean Weidman McCartney & Owens | $350.00 | |
| | | Prepaid Interest to Superior Credit Union | $367.41 | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | DTRIB CPL with Old Republic National Title Insurance Co. | $125.00 | |
| | | Lender's Policy with Old Republic National Title Insurance Co.<br>05 EPL  $50.00<br>    $50.00 Buyer<br>18 REM-1-4 Family  $50.00<br>    $50.00 Buyer | $295.00 | |
| | | Owner's Policy with Old Republic National Title Insurance Co. | $175.00 | |
| | | **Commission** | | |
| $3,000.00 | | Real Estate Commission Sellers Broker to Jack Lingo, Inc. | | |
| | | **Government Recording and Transfer Charges** | | |
| $937.50 | | State Tax/stamps to State Tax Department | $937.50 | |
| | | Recording Fees (Deed) to Recorder of Deeds | $125.75 | |
| | | Recording Fees (Mortgage) to Recorder of Deeds | $242.75 | |
| $562.50 | | City/County tax/stamps to Sussex County | $562.50 | |
| | | **Miscellaneous** | | |
| | | Homeowner's Insurance Premium to American Modern | $765.00 | |
| | | Sewer Assessment 10/1-12/31/24 to Sussex County | $154.50 | |
| $198.48 | | County Taxes 7/1-6/30/24 to Treasury Division | | |

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| $20,100.16 | $75,146.37 | Subtotals | $81,741.98 | $75,026.68 |
| | | Due From Borrower | | $6,715.30 |
| $55,046.21 | | Due To Seller | | |
| **$75,146.37** | **$75,146.37** | **Totals** | **$81,741.98** | **$81,741.98** |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Sergovic Carmean Weidman McCartney & Owens, P.A. to cause the funds to be disbursed in accordance with this statement.

_____
Joshua L. Adams

Christine C. Shubert, Chapter 7 Trustee for the Estate of Thomas F. Updegrove, Jr.
By: _____

_____
Escrow Officer

Copyright 2015 American Land Title Association.
All rights reserved.

RE-15502
Printed On: 09/27/2024 12:00 PM EST